IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRE MCKENZIE,

    Plaintiff,

v.                                                       4:16cv76–WS/CAS

WILLIAM N. MEGGS,
TOM COE, MARVIN TUBBS,
DR. DAVID STEWART,

    Defendants.

_____

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

Before the court is the magistrate judge's report and recommendation (doc. 35) docketed July 19, 2017. The magistrate judge recommends that Defendants' motions to dismiss (docs. 21, 24, and 27) be granted. Plaintiff has filed objections (doc. 38) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that Defendants' motions to dismiss are due to be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 35) is ADOPTED and incorporated into this order.

2. Defendants' motions to dismiss (docs. 21, 24, and 27) are GRANTED.

3. All claims against all Defendants are DISMISSED for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice." The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __28th__ day of ____August____, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE